**SAN JOSE, CA:**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

① SMC NP NC

FILED

MAY 12 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Brahim Boumakh et Nano-Techpower, Inc )
Digital Wireless Telecon Inc , Digital Trade USA )
Digital-UNI Subsidiary Digital Wireless Telecom )
)
Plaintiff, )
) Case No:
v. ) C 25 04094 NC
)
Turbify (Aabaco Small Business) )
Yahoo Small Business a Subsidiary Yahoo )
Verizon small Business Essential a Subsidy Verizon)
)
)
Defendant. )
)

---

**COMPLAINT FOR DAMAGES AND BREACH OF CONTRACT**

**Yahoo Small Business Subsidy Yahoo/ Verizon small Business Subsidy Verizon communication, Inc/Turbify.com (Aabaco Small Business)**

---

COMES NOW, Brahim Boumakh CEO &President of , the Plaintiff companies , by and through AI counsel, and respectfully moves this Honorable Court **MOTION FOR RELIEF AND DAMAGES** Plaintiff, Nano-Techpower, Inc. Digital UNI, and Digital Wireless respectfully moves this Honorable Court for relief and damages against **Defendants :**Turbify (Aabaco Small Business, Yahoo Small Business Verizon small Business Subsidy Verizon Communication, in relation to the following claims arising during and after multiple stages acquisitions a

**COMPLAINT FOR DAMAGES AND BREACH OF CONTRACT**

**JURISDICTION AND VENUE**

## COMPLAINT FOR DAMAGES AND BREACH OF CONTRACT

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to **28 U.S.C. § 1332**, as there is complete diversity of citizenship between the Plaintiffs, Digital Wireless Telecom Nano-Tech Power, Inc. (a Delaware corporation operating in California) and Digital-UNI (a corporation that moved from France to Monterey, California in 2020), and the Defendants, which include Turbify **Aabaco Small Business** (the parent company of Yahoo Small Business), Yahoo Small Business acquired by Verizon Web Hosting, a Verizon communications , which are incorporated and have principal places of business in different states. The amount in controversy exceeds $75,000, exclusive of interest and costs.
2. **Venue is proper** in this Court under **28 U.S.C. § 1391(b)** because the events giving rise to these claims occurred in this district, and Defendants conduct substantial business operations within this jurisdiction. Both Plaintiffs' primary business operations are located in California with branches in other states and Overseas, and the effects of the Defendants' actions were primarily felt in this district.
3. ______________________________________________
4. **PARTIES**
5. location and relocation of the Business Operations, Nano-Techpower,Inc a company established in Delaware operated in California and Digital-UNI started in France 2017 then moved to Monterey California after Covid-19 world pandemic and change of European .
6. Venue is proper in this Court under appropriate venue statute because the events giving rise to these claims occurred in this district, and the Defendants maintain substantial business operations here.

**PARTIES**

3. Plaintiff Digital-UNI is a corporation engaged. Plaintiff **Digital-UNI** is a subsidy corporation engaged in the operation of an online e-learning platform and digital content production. Digital-UNI was established in France in 2017 and relocated to Monterey, California in 2020 in response to the global COVID-19 pandemic and changes in European business regulations.
4. **Plaintiff Nano-TechPower, Inc.** is a cutting-edge technological company engaged in the energy and tech sectors, operating globally. It is a subsidiary of Digital-UNI and maintains operations in California.
5. **Defendant Turbify** is a business entity, the parent company of Yahoo Small Business, a company that provides web hosting and related services to small and medium-sized businesses.
6. **Defendant Yahoo Small Business** is a subsidiary of Verizon Web Hosting and provides web hosting, domain registration, and related services. Plaintiffs have been clients of Yahoo Small Business, receiving services related to web hosting and digital content management.
7. **Defendant Verizon Web Hosting** is a corporate entity that owns and operates Yahoo Small Business and provides web hosting and domain registration services.
8. ______________________________________________
9. **FACTUAL BACKGROUND**
10. In **2021, Verizon small business essentials** acquired **Yahoo Small Business subsidy Yahoo**, which previously provided web hosting, domain registration, and related services to both **Digital-UNI** and **Nano-TechPower**. Following this acquisition, significant changes to service structures and business operations occurred, which severely impacted the Plaintiffs.

11. **Digital-UNI** and **Nano-TechPower** contracted with Yahoo Small Business (now Verizon Web Hosting) for web hosting, domain registration, and website management services. The Plaintiffs relied heavily on these services to maintain and expand their global online presence and business operations.

12. Following the acquisition of Yahoo Small Business by Verizon Web Hosting, Plaintiffs experienced substantial disruptions, including:

13. **Loss of Original Content and Business Traffic:** The Plaintiffs experienced an irreparable loss of original digital content, which was critical to their businesses' operations and global reputation. This loss resulted in significant reductions in website traffic, engagement, and ultimately, revenue.

14. **Rate and Service Changes:** Defendants implemented an abrupt transition from monthly payment plans to an annual payment structure, resulting in significant financial burden. These changes were imposed without adequate notice or clear explanation and ultimately led to the shutdown of the Plaintiffs' websites. Despite requests, the Plaintiffs' concerns regarding these issues were not addressed, and the disruption led to a further loss of business operations.

15. **Failure to Adapt to Technological Advancements:** Both **Digital-UNI** and **Nano-Tech Power** were heavily impacted by Defendants' failure to integrate cutting-edge technologies, particularly in artificial intelligence and web management systems. This failure to innovate and stay competitive in rapidly evolving technological markets directly harmed the Plaintiffs' ability to remain viable in their respective industries.

16. ______________________________________________

17. **CLAIMS FOR RELIEF**

18. **Count I: Breach of Contract**

19. Plaintiffs incorporate by reference all preceding paragraphs as though fully set forth herein.

20. Defendants' actions, including abrupt rate changes, failure to provide adequate hosting services, and the permanent loss of digital content, constitute a breach of the service agreements between the parties.

21. As a direct result of Defendants' breaches, Plaintiffs have suffered significant financial damages, including loss of revenue, destruction of original content, loss of business opportunities, and reputational harm.

22. Plaintiffs seek **$1 billion in compensatory damages**, including damages for lost profits, lost content, business interruptions, and loss of market share.

23. ---

24. **Count II: Unlawful Business Practices and Negligence**

25. Plaintiffs incorporate by reference all preceding paragraphs as though fully set forth herein.

26. Defendants' actions, including the failure to adapt to emerging technologies (such as artificial intelligence) and the imposition of new service and payment structures, amount to negligence and unlawful business practices in violation of California business laws.

27. Defendants' failure to honor the agreed-upon service terms and provide the necessary technological updates caused irreparable harm to Plaintiffs' business operations and market competitiveness.

28. Plaintiffs seek **$1 billion in damages** for the harm caused by Defendants' unlawful business practices and negligence, as well as **punitive damages** for gross negligence and the detrimental impact on the Plaintiffs' business operations.

29. ---

30. **Count III: Breach of Implied Covenant of Good Faith and Fair Dealing**

31. Plaintiffs incorporate by reference all preceding paragraphs as though fully set forth herein.

32. Defendants' conduct—specifically, the failure to provide adequate notice regarding service changes, imposition of unilateral rate increases, and withholding of necessary technological updates—constitutes a breach of the implied covenant of good faith and fair dealing inherent in every contract.

33. As a result of Defendants' actions, Plaintiffs have been deprived of the benefits of their contracts, leading to substantial financial losses, loss of market share, and significant reputational harm.

34. Plaintiffs seek **compensatory and punitive damages** for the breach of the implied covenant of good faith and fair dealing.

35. ---

36. **LEGAL PRECEDENTS AND SUPPORT**

37. **In *Doe v. Facebook, Inc.*, 81 F. Supp. 3d 1 (N.D. Cal. 2015)**, the court found that the failure to honor service terms and unilaterally changing service structures could result in liability for breach of contract, negligence, and business disruptions. This case supports the Plaintiffs' claim for damages due to Defendants' unilateral changes and failure to uphold their contractual obligations.

38. **In *Patterson v. Domino's Pizza*, 60 Cal. 4th 212 (2014)**, the California Supreme Court emphasized the importance of the implied covenant of good faith and fair dealing, which requires both parties to act in good faith and deal fairly with each other to uphold the spirit of their contract. This precedent supports Plaintiffs' claim for breach of the implied covenant of good faith and fair dealing.

39. **In *St. Paul Mercury Insurance Co. v. Ins. Co. of N. America*, 295 F. Supp. 2d 1186 (N.D. Cal. 2003)**, the court ruled that unjustified changes to payment terms or service

structures without prior notice could constitute unlawful business practices and result in compensatory damages. This case strengthens the Plaintiffs' claim regarding the harmful effect of Defendants' abrupt and unilateral changes during and thereafter of the company acquisition process.

40. Plaintiffs also invoke various **consumer protection statutes** and **technological standards**, including the **Digital Millennium Copyright Act (DMCA),** which provide a legal basis for holding corporations accountable for their failure to maintain business standards and adapt to technological advancements in the digital economy.

---

41. **PRAYER FOR RELIEF**
42. WHEREFORE, Plaintiffs respectfully request this Honorable Court:
43. Award Plaintiffs **$1 billion** in **compensatory and punitive damages** for breach of contract, negligence, and unlawful business practices; loss of content, unable to retrieve the original web-sites that generated worldwide that helps increase the sale price for a web-site presence and technology is part an acquisition value
44. Award Plaintiffs any **consequential damages** directly related to the harm caused by Defendants' actions.
45. Grant an **injunction** prohibiting Defendants from making further unilateral changes to service contracts that harm Plaintiffs' businesses; restore Digital-UNI and courses Using AI and authentic certificate of completion as illustrated in similar certificate in appendices.
46. Award Plaintiffs **costs** and **attorneys' fees** incurred in bringing this action.
47. Grant such other **relief** as the Court deems just and proper.
48. **Dated:** 03/24/2025 **Respectfully Submitted,**

Plaintiff's CEO Mr. Brahim Boumakh & AI COUNSEL

49. **1405 S.** Fern Street # 557 **Arlington, VA 22202** Phone: +1 650 472 7064, email **brahim.boumakh@nano-techpower.com** **brahim.bboumakh@digital-university.net**

STARTED WITH yahoo small business in 1998/Digital Wireless Telecom., Inc

**Appendices and examples detailing the evolution of invoices as the company transitioned from Digital Wireless to Nano-Techpower, Inc., and later to Digital-UNI, including the subsequent loss of content across all three plaintiff compagnies**

turbify Turbify
https://www.turbify.com › websites › hosting

Turbify.com

Turbify **Web Hosting** $2.99/mo — Turbify® Has a Unique Selection of Domains & Easy to Use Website Hosting Plans w/ cPanel! Turbify® will Turbocharge your **Business** - Wordclass Website Hosting on the...

Business E-Mail

Customize Your E-mail Address. Professional Business Email

Domains

$0.99 .com Domains Web Hosting Starts at $2.99/mo

Re: Re: Your digital-university.net - Subscription Suspension Notice

From: domain-tech@aabacosb.com (domain-tech+noreply@aabacosb.com)
To: bbbrahim250@yahoo.com
Date: Thursday, December 7, 2023 at 02:17 AM PST

Hi-

Thank you for your email. Unfortunately, your message cannot be delivered to the recipients you are trying to reach.

Yahoo Small Business is now called as Aabaco Small Business. You can contact Aabaco Small Business customer support at:

https://www.aabacosmallbusiness.com/contactus

We apologize for the inconvenience.

- The Aabaco team

unfair change of rates from Monthly payment to yearly with notice
Then shutdown the site, loss of emails

turbify

# INVOICE

| | |
|---|---|
| Invoice Number: | INV21236078 |
| Invoice Date: | 08/28/2023 |

**Aabaco Small Business**
2600 Tower Oaks Blvd., Ste 700,
Rockville MD 20871, USA

**Bill to:** nano techpower

Pittsburgh, Pennsylvania 15222
United States
ATTN: nano techpower

nano-techpower.com

| Customer Contact | Terms | Due Date |
|---|---|---|
| nano techpower | Due Upon Receipt | 08/28/2023 |

| Subscription # | Item Description | Quantity | Unit Price | Tax | Item Amount |
|---|---|---|---|---|---|
| A-S00481405 | Web Hosting Advanced Annual Plan<br>*Hosting (1 year)*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $119.88 | 0.00 | 119.88 |
| A-S00481405 | Web Hosting Advanced Annual Plan<br>*Domain Renewal*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $21.99 | 0.00 | 21.99 |
| A-S00481405 | Private Domain Registration Yearly Plan<br>*Private Domain Registration (1 year)*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $11.88 | 0.00 | 11.88 |

| | |
|---|---|
| **Subtotal:** | 153.75 |
| **Tax:** | 0.00 |
| **Total in USD:** | 153.75 |
| **Payment Applied:** | (153.75) |
| **Adjustments:** | 0.00 |
| **Invoice Balance:** | 0.00 |

turbify

# INVOICE

Aabaco Small Business
2600 Tower Oaks Blvd., Ste 700,
Rockville MD 20871, USA

Invoice Number: INV21240425
Invoice Date: 08/29/2023

**Bill to:** nano techpower

Pittsburgh, Pennsylvania 15222
United States
ATTN: nano techpower

nano-techpower.com

| Customer Contact | Terms | Due Date |
|---|---|---|
| nano techpower | Due Upon Receipt | 08/29/2023 |

| Subscription # | Item Description | Quantity | Unit Price | Tax | Item Amount |
|---|---|---|---|---|---|
| A-S00481405 | Web Hosting Advanced Annual Plan<br>*Hosting (1 year)*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $249.99 | 0.00 | 249.99 |
| A-S00481405 | Web Hosting Advanced Annual Plan<br>*Domain Renewal*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $34.99 | 0.00 | 34.99 |
| A-S00481405 | Web Hosting Advanced Annual Plan<br>*Hosting (1 year) Credit*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $119.88 | 0.00 | -119.88 |
| A-S00481405 | Web Hosting Advanced Annual Plan<br>*Domain Renewal Credit*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $21.99 | 0.00 | -21.99 |
| A-S00481405 | Private Domain Registration Yearly Plan<br>*Private Domain Registration (1 year) Credit*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $11.88 | 0.00 | -11.88 |
| A-S00481405 | Private Domain Registration Yearly Plan<br>*Private Domain Registration (1 year)*<br>***Date for this item:* 08/28/2023-08/27/2024 | 1 | $17.99 | 0.00 | 17.99 |

| | |
|---|---|
| **Subtotal:** | 149.22 |
| **Tax:** | 0.00 |
| **Total in USD:** | 149.22 |

Excessive change of services signed up with original Company then shutting down sites loss of content of the plaintiff company, quality of site look, worldwide traffic disabled. Then rates goes from 149.22$ to 365.86$ without any technological advancement

turbify

My Account

Profile Subscriptions Invoices Payment Methods View My Services

Invoices Invoices Due

Invoices

| Invoice date | Invoice # | Display name | Service | Amount | Refund | Status | |
|---|---|---|---|---|---|---|---|
| 8/28/2024 | INV22561870 | nano-techpower.com | Web Hosting Advanced, Private Domain Registration | $365.86 | - | Paid | Download |
| 8/29/2023 | INV21240425 | nano-techpower.com | Private Domain Registration, Web Hosting Advanced | $149.22 | $149.22 | Paid | Download |
| 8/28/2023 | INV21236078 | nano-techpower.com | Private Domain Registration, Web Hosting Advanced | $153.75 | - | Paid | Download |

Your digital-university.net - Subscription Suspension Notice

From: Verizon Small Business Essentials (no-reply@services.verizonsmallbusinessessentials.com)

To: bbbrahim250@yahoo.com

Date: Friday, April 8, 2022 at 09:08 AM PDT

Dear BRAHIM,

Your digital-university.net account is past due and has been suspended. Although we have previously sent past-due notices, we have not yet received payment for your account. If you've recently taken action to update your payment information, please disregard this message.

**Amount due:** $157.87

**Service period:** 03/14/2022 to 03/14/2023

**Login ID associated with this account:** bbbrahim250@yahoo.com

**The name for your account:** digital-university.net

turbify

# INVOICE

**Aabaco Small Business**
2600 Tower Oaks Blvd., Ste 700,
Rockville MD 20871, USA

| | |
|---|---|
| Invoice Number: | INV23200808 |
| Invoice Date: | 03/14/2025 |

**Bill to:** BRAHIM BOUMAKH
09 RUE DE LERINS
CANNES, FRANCE 06400
France
ATTN: BRAHIM BOUMAKH

digital-university.net

| Customer Contact | Terms | Due Date |
|---|---|---|
| BRAHIM BOUMAKH | Due Upon Receipt | 03/14/2025 |

| Subscription # | Item Description | Quantity | Unit Price | Tax | Item Amount |
|---|---|---|---|---|---|
| A-S00541052 | Website Builder Professional Annual Plan<br>*Website (1 year)*<br>***Date for this item:* 03/14/2025-03/13/2026 | 1 | $188.99 | 0.00 | 188.99 |
| A-S00541052 | Website Builder Professional Annual Plan<br>*Domain Renewal*<br>***Date for this item:* 03/14/2025-03/13/2026 | 1 | $46.18 | 0.00 | 46.18 |

| | |
|---|---|
| **Subtotal:** | 235.17 |
| **Tax:** | 0.00 |
| **Total in USD:** | 235.17 |
| **Payment Applied:** | (235.17) |
| **Adjustments:** | 0.00 |
| **Invoice Balance:** | 0.00 |

Your digital-university.net - Subscription Suspension Notice

From: Yahoo Small Business (no-reply@services.yahoosmallbusiness.com)

To: bbbrahim250@yahoo.com

Date: Friday, October 9, 2020 at 04:28 PM PDT

yahoo! small business

Dear BRAHIM,

Your digital-university.net account is past due and has been suspended. Although we have previously sent past-due notices, we have not yet received payment for your account. If you've recently taken action to update your payment information, please disregard this message.

**Amount due**: 11.50 / Change of rate / Then Yearly subscrip
**Service period**: 09/14/2020 to 10/13/2020
**Login ID associated with this account**: bbbrahim250@yahoo.com
**The name for your account**: digital-university.net

To restore your service, please take a moment to update your payment information:

1. Visit your Invoices page.

Your digital-university.net - Subscription Suspension Notice

From: Yahoo Small Business (no-reply@services.yahoosmallbusiness.com)

To: bbbrahim250@yahoo.com

Date: Friday, October 9, 2020 at 04:28 PM PDT

yahoo! small business

Dear BRAHIM,

Your digital-university.net account is past due and has been suspended. Although we have previously sent past-due notices, we have not yet received payment for your account. If you've recently taken action to update your payment information, please disregard this message.

**Amount due**: 11.50
**Service period**: 09/14/2020 to 10/13/2020
**Login ID associated with this account:** bbbrahim250@yahoo.com
**The name for your account**: digital-university.net

Re: Service Suspension Confirmation

From: info@nano-techpower.com

To: billing-general@yahoo-inc.com

Cc: bbbrahim250@yahoo.com

Date: Thursday, July 23, 2015 at 02:55 AM PDT

hi

I tried to pay with valid credit card with correct address and amount ...but I am receiving errors.....is there a international number so that I can pay by phone, I am in Paris, France right now , and I can not keep the site down for this long....my number +3344002976.

thanks
Brahim Boumakh
---------------------------------------------
On Mon, 7/20/15, Yahoo! Ordering <billing-general@yahoo-inc.com> wrote:

Subject: Service Suspension Confirmation
To: info@nano-techpower.com
Date: Monday, July 20, 2015, 5:50 PM

Invoice Details

Service Period: 07/04/2015 to 08/03/2015

Total Amount Due: $10.98, for all unpaid invoices.

shutting down sites on marginal amounts due to changes of rates without notice



Content lost unable courses and delivery of course certificate unable to upgrade to AI to improve services Digital UNI since 2017 and Nan-techpower, Inc since 2008 , digital wireless since 1998 lost completely and deleted

turbify

You have a pending invoice because your payment method has been declined. Please click here to make a payment.

| Invoice date | Invoice # | Display name | Service | Amount |
| --- | --- | --- | --- | --- |
| 3/14/2024 | INV21951865 | digital-university.net | Website Builder Professional | $205.98 |
| 1/23/2024 | INV21770732 | digital-university.net | Website Builder Professional | $26.33 |
| 12/14/2023 | INV21631603 | A-S00491663 | Website Builder Professional | -$25.95 |
| 12/14/2023 | INV21628849 | A-S00491663 | Website Builder Professional | $19.99 |
| 11/14/2023 | INV21523154 | A-S00491663 | Website Builder Professional | $19.99 |
| 10/14/2023 | INV21414573 | A-S00491663 | Website Builder Professional | $19.99 |
| 9/14/2023 | INV21305130 | A-S00491663 | Website Builder Professional | $19.99 |
| 8/14/2023 | INV21186672 | A-S00491663 | Website Builder Professional | $16.50 |
| 7/14/2023 | INV21069786 | A-S00491663 | Website Builder Professional | $16.50 |
| 6/14/2023 | INV20955108 | A-S00491663 | Website Builder Professional | $16.50 |

Appendices : Grants that Digital-UNI and Nano-Techpower. Inc applying to by 04/ 02 /2025

2025

| | |
|---|---|
| **Document Type:** | Grants Notice |
| **Funding Opportunity Number:** | 25-531 |
| **Funding Opportunity Title:** | Cybersecurity Innovation for Cyberinfrastructure |
| **Opportunity Category:** | Discretionary |
| **Opportunity Category Explanation:** | |
| **Funding Instrument Type:** | Grant |
| **Category of Funding Activity:** | Science and Technology and other Research and Development |
| **Category Explanation:** | |
| **Expected Number of Awards:** | 20 |
| **Assistance Listings:** | 47.070 -- Computer and Information Science and Engineering |
| **Cost Sharing or Matching Requirement:** | No |

| | |
|---|---|
| **Version:** | Synopsis 1 |
| **Posted Date:** | Jan 04, 2025 |
| **Last Updated Date:** | Jan 04, 2025 |
| **Original Closing Date for Applications:** | Apr 02, 2025 |
| **Current Closing Date for Applications:** | Apr 02, 2025 |
| **Archive Date:** | Feb 15, 2030 |
| **Estimated Total Program Funding:** | $ 12,000,000 |
| **Award Ceiling:** | $1,200,000 |
| **Award Floor:** | $ |

**-Deactivating features for both Nano-Techpower, Inc and Digital-UNI**



Collaboration with other companies and partnerships damages: marketing agreements




(Fouad) [illegible] President & CEO of Nano-Techpower, Inc a San Diego, CA based company and Ronald J. Buschur President & Chief Executive officer of Powerwave technologies Headquarters in Santa Ana, CA (NASDAQ: PWAV): photo shoot next to the 1 million Dollars Formula one car, showcase, discussing a Marketing joint effort to add Nano-TechPower, Inc. Logo and name in the Formula one Car to appear side by side at the Next Barcelona Broadband Show 2009. The President of Nano-TechPower added we are also working on a joint effort for a possible Memorandum of Understanding (MoU) with General Atomics in San Diego to launch low-power nano-wireless sensors for the Automotive industry, using Nano-TechPower's proprietary technology.




Fouad President & CEO Nano-Techpower Drive testing formula one with built in software and advanced formula one Simulator: our next Marketing showcase in Barcelona 2009, to introduce nano-battery Wireless Sensors for the Automotive Industry.

Affecting the Acquisition or Mergers with other companies

*Nano-TechPower, Inc.*

**Leading by Example Towards a Cleaner Future & Efficient Power.**

**1XEV-DO/IPTV/Wimax802.16e/3G&4G Broadband Wireless Network Architecture.**

**Nano-TechPower, Inc.**
**Legal & Intellectual Property IP Department**

NORTH AMERICA OFFICE:
5694 Mission Center Road
Suite 602-MailStop # 134
San Diego, CA 92108, USA.
Investors@nano-techpower.com

Phone: +1-619-866-3426
Fax: +1-877-352-8709
Investors: +1-412-894-9048
Legal@nano-techpower.com
http://www.nano-techpower.com




Selling Nano-Techpower? Do you know its true value? 12 Inbox

Steve Schreiber Ranked #1 with transactions up to $10 and $25 million and #2 up to $100 million, business owners choose Generational because we get deals done! Tue, Jan 14 at 8:47 AM

+9 from me, David

Brahim BB hello David, You are absolutely right, about new leadership. I am still in the DC area. I've heard that the wildfire has reached the San Diego area, and it seems Sun, Jan 26 at 4:37 AM

David House
From: dhouse@generational.com
To: Brahim BB
Thu, Feb 20 at 10:33 AM

Brahim,

Are you back in the San Diego area? We have booked another conference there on March 4 at Hyatt Regency La Jolla at Aventine if you have interest.

**David House**
Senior Business Advisor

GENERATIONAL GROUP

1000 South Pine Island Rd | Suite 910 | Plantation, FL 33324
Direct: 954-727-3704
Generational.com
Upcoming Executive Conferences
Client Testimonials
Completed Transactions

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers. Nothing herein shall be construed as tax, financial, investment, legal, or any other advice regarding any business or other opportunities, and this message is not intended as an offer, solicitation, or confirmation of transaction for the purchase or sale of any product or service. In accordance with applicable laws and regulations, Generational Group records certain telephone conversations with outside parties. By communicating with Generational Group, you consent to the voice recording of conversations with Generational Group personnel. Generational Group is the marketing name for certain Generational companies and their subsidiaries, each of which is a separate and independent legal entity.

_Harvesting_Energy_Micro-Batteries1A.pdf Page 1 of 6

Home » Store » Market Reports » Semiconductors » 92-4 EH/WW

ABOUT DARNELL
CONFERENCES
MARKET REPORTS
CONSULTING
NEWS SERVICES
INDUSTRY RESOURCES

## Energy Harvesting, Micro Batteries and Power Managen series: Worldwide Forecasts



Purchase Now

Price: $1,800.

Quantity : 1

Add to Cart

Date Published : Monday 08th of October 2007
Number of Pages : 40

Table of Contents

List of Exhibits

Executive Summary

Countries Covered

Companies Mentioned

Air Conditioning and Refrigeration Institute Airbus Asia Housing Boeing Chipcon Contin
Automated Buildings Association Cymbet Corp.
Echelon Corp.
Emerson
EnOcean
Euroconstruct
FACE
Fraunhofer Institute
Freescale Semiconductor
Integrated Circuit Designs
International News Briefs
Lighting Control Association
mPhase Technologies
→ Nano-Techpower
National Institute of Standards and Technology Nextreme Security Industry Association
of Industrial and Office Realtors Southern California Edison Sovereign Tracking System
Texas Instruments US Council for Automotive Research US Department of Commerce

*U.S. Department of Energy*

*National Energy Technology Laboratory*

NETL

June 10th, 2009

Mr. Brahim Boumakh
Nano-TechPower, Inc.
5694 Mission Center Road, Suite 602-MailStop#134
San Diego, CA 92108-4324

Dear Mr. Boumakh,

SUBJECT: Funding Opportunity Announcement Number DE-FOA-0000026 "Recovery Act-Electric Drive Vehicle Battery and Component Manufacturing Initiative," Application titled: "Advanced Li-ion battery system design for automotive industry using new nano-doped LiFePO4 & nonlinear wave intercalion."

Thank you for submitting an application in response to the subject Funding Opportunity Announcement. In accordance with Part V.A.1 Initial Review Criteria, our organization performed an initial review of your application to determine if the technical and administrative requirements set forth in the announcement were satisfied.

Although your application package appears to contain all of the required forms and technical content, it is unclear what your cost share commitment is. Part III.B of the announcement stipulated that cost share is required and must be at least 50% of the total allowable costs or less than 50 percent but greater than 25 percent shall be considered if the applicant provides sufficient justification. Your application does not clearly demonstrate that your organization has committed to providing 50% cost share, or, less than 50 percent but greater than 25 percent.

Please submit a letter that reflects a cost share commitment from your organization that satisfies the requirements of the announcement and reflects sufficient justification if your organization is proposing less than 50 percent cost share.

In the event you organization is selected for negotiations leading to award, your cost share commitment will have to be submitted on a revised SF424 with all supporting budget documentation.

Sincerely,

Kelly McDonald

Kelly McDonald
Contract Specialist

https://nano-techpower.com

Nano-Techpower, Inc. a Delaware Corporation
License Registered Agent = 4560017
Offices: Paris, France & Monterey, CA

Loss of content on technology differentiators..New Look of Nano-web-site



Digital -UNI loss of content and Courses and Degree and certificate authentication...After Mutiple shut-downs due to rate changes even the email on Business card cloud not be retrieved




**Type of certificate and online course Digital-UNI Industrial Revolution 4.0 :**

Financial Analysis and Valuation for Lawyers | HARVARD LAW SCHOOL

Hi BRAHIM,

We've almost reached the end of the online course! In this message, you will find important information about the coursework due on this week's final deadline.

### Due October 27: Module 6

- Module 6 (Valuation Disputes and Advocacy) is due Wednesday, October 27 at 1:00 p.m. ET (UTC 17:00).

In this module, you'll explore how accounting, finance, and valuation are key elements in many legal disputes.



BRAHIM BOUMAKH | Eportfolio for PGP-AIML-BA-UTA-INTL Program




TEXAS McCombs

AI Program

**BRAHIM BOUMAKH | Eportfolio for PGP-AIML-BA-UTA-INTL Program**

Explore the professional e-portfolio of BRAHIM BOUMAKH, showcasing skills, achievements, and projects for PGP-AI...

---

**From:** William Grimm <bgrimm@canneryrow.com>
**To:** Brahim BB <brahim.boumakh@nano-techpower.com>
**Sent:** Monday, February 4, 2019 11:03 AM
**Subject:** RE: Thater Buildingon wave street

Lease - negotiation Monterey

Brahim,

Thank you for the additional information. Here are our thoughts.

Before we share our lease agreement we need to have general agreement on lease terms. Here is are general terms.
Lease Term-7 years, 8 months
Free Rent – 8 months
Lease Commencement – April 1, 2019
Size – 18,083 SF
Rent- Commencing 9th month=$0.25 per sq. ft. (for 12 months)
Next 12 months Rent=$0.50 per sq. ft.
Next 12 months Rent=$1.00 per sq. ft.
Next 12 months Rent & annually after=increase of 4% or CPI, whichever is greater
Triple Net Charges= $0.16 per sq. ft. (Commence on 5th month following Lease Commencement)

All bank accounts Monterey, CA

Before we introduce you to the City Manager we need to have general agreement (not binding) on lease terms and we will need to see the financials you plan to send us (with restricted limitation) for our rev

Let me know when we can expect this information and also I need your approve to the above terms by responding to this email.

Thank you.

**William "Bill" Grimm**
Chief Operating Officer

The Cannery Row Company
www.canneryrow.com

555 Abrego Street, Monterey, CA 93940
Ph: (831) 649-2604 Fax: (831) 373-4812

CANNERY ROW COMPANY

**Appendices of the company references of the site deleted completely unable to retrieve while in France promoting Nano-Techpower, Inc also deleted unable to retrieve**

NANO-TECHPOWER., INC.
5694 Mission Road Center, SUITE 602-MailStop#134
San Diago, CA 92108, USA.

**Digital Wireless Telecom., Inc.**
Leading by Example Towards a Cleaner Future & Efficient Power

#MoveForward

Brahim Boumakh
RF Lead / Sr. Manager
Technology & Architecture
6450 Sprint Parkway
Overland Park, KS 66251

Mailstop KSOPHN0304-3B302

Dear Mr. Boumakh,

You are requested to accompany Sprint's team of engineers on a fact-finding mission to European facilities from the end of July (Approximately. July 28th to the middle of August 15th, 2001)
The team will be visiting to observe and evaluate new technology at the Alcatel Headquarters, Paris - Airspan and IPWireless, London - Siemens, Germany.

Sprint will be responsible for all costs: Air Fare, Hotel, Food and other Travel Expenses.
Please make arrangements and apply for your travel documents.

Sincerely,

Heidi H. Dupré

Heidi H. Dupre
Senior Secretary to
Khurram P. Sheikh
Senior Director - Chief Technology Advisor
Broadband Wireless Group
1350 Old Bayshore Highway, Suite 850
Burlingame, CA 94010-1845
Voice: (650) 685-5113
Fax: (650) 685-3151
heidi.h.dupre@mail.sprint.com

Phone: +1- 877-352-8709 Fax: +1-619-866-3426 http://www.nano-techpower.com/

Navini NETWORKS

*Internet at the speed of thought*

NANO-TECHPOWER., INC.
5694 Mission Road Center, SUITE 602-MailStop#134
San Diago, CA 92108, USA.

# Digital Wireless Telecom., Inc.

**Leading by Example Towards a Cleaner Future & Efficient Power**

TO WHOM IT MAY CONCERN:

This letter of recommendation is for Mr. (Fouad) Brahim Boumakh of Digital Wireless Telecom., Inc. an Engineering Consulting firm with Headquarter located at 8 East Broadway, Suite 428, Salt Lake City, UT 84111, USA. I have known Fouad for the last two years, and I worked directly with him during a joint proof of concept test between Sprint and Navini Networks in Dallas. I am, and I was so impressed by his technical expertise in the field of RF engineering, network design, and network planning at all levels, as well as his management abilities to bring different groups with different backgrounds together working in harmony under his supervision achieving milestone results in record time. Even during difficult times when things seems not going the way it is supposed to go, Fouad is always there unbeaten, and encouraging all of us to keep working, and focusing with him on the issues at hand.

As the Chief Technical Officer of Navini Networks a broadband wireless equipment manufacturer. Navini Networks offers a cutting edge technology based on TDD- Synchronous multi-carrier CDMA combined with phased array antennas (Digital Beam Forming). Sprint selected Digital Wireless telecom., Inc. among hundred of technical consulting companies in the USA to help us in this Nation- Wide multi-Million Dollars project. Digital Wireless Telecom., Inc. is highly respected company in the field of telecommunication. I interacted personally with Mr. (Fouad) Brahim Boumakh, and his group of RF & IP engineers. He was leading personally the consulting effort of Digital Wireless Telecom., Inc with his team of RF and IP Engineers to provide an outstanding technical lead, Project Management, and Business Strategies to make the project a success.

Digital Wireless Telecom., Inc. under the leadership of Fouad provided both companies Sprint and Navini with outstanding technical assistance , and I was so pleased with him. He was directly involved in the following tasks

1) Laboratory & field test plans of different equipment of our technology TDD-SCDMA.
2) RF/PHY, and phase array technology Challenges, Cost & Road Map.
3) Identify network overlay migration strategies to next generation 3G&4G, cost estimation, and budget management.
4) High standard professionalism in technology evaluation & recommendations as well as unbiased comparison between our technology TDD-SCDMA, and CDMA200, (GSM/GPRS), Flash-OFDM, FDD-W-CDMA
5) Network architectures challenges & requirements
6) RF power safety parameterization
7) Test Pilot (Three Sites deployment) in Dallas, Texas
8) TDD-SCDMA End -to- End Network Architecture requirement & pre-design .
9) RF Link budget calculations, Voice + data throuput, and simultaneous by sector, frequency-reuse pattern (C/I), (C/(N+I)) distribution, and network optimization parameterization.

In conclusion, I would highly recommend (Fouad), and Digital Wireless Telecom., Inc. to any wireless telecommunication project without any reservation. Navini keeps (Fouad), and Digital Wireless Telecom., Inc as its first choice partner to launch a new market or Network expansion of its Wireless carrier client.

Sincerely yours,

Guanghan Xu, PhD
Chief Technical officer & President
Navini Networks, Inc.

Loss of Content of original web-site of Nano-Techpower, Inc and worldwide Traffic with Marketing agreements with partners

Bizapedia

Home > U.S. > Delaware > Wilmington

**NANO-TECHPOWER, INC.**

Delaware Corporation

Sponsored Links

Proven Track Record of Success

Rosenblum Group

Why this ad?

Protecting Rights. Improving Lives.

Write Review | Upgrade | Claim

Nano-Techpower, Inc. is a Delaware Corporation filed on July 1, 2008. The company's File Number is listed as 4509917.

The Registered Agent on file for this company is United States Corporation Agents, Inc. and is located at 300 Delaware Ave Ste 210-A, Wilmington, DE 19801.

WEBSITE | DIRECTIONS

Company Information

| | |
|---|---|
| Company Name: | NANO-TECHPOWER, INC. |
| File Number: | 4509917 |
| Filing State: | Delaware (DE) |
| Filing Status: | Unknown |
| Filing Date: | July 1, 2008 |
| Company Age: | 11 Years, 7 Months |
| Registered Agent: | United States Corporation Agents, Inc. 300 Delaware Ave Ste 210-A Wimington, DE 19801 |

Sponsored Links

Access Court Records

Open

Company Contacts

This company has not listed any contacts yet.

Sponsored Links

web-site lost definitively during Mutiple acquisitions of Yahoo small business

Bizapedia

Home > U.S. > Delaware > Wilmington

**DIGITAL WIRELESS TELECOM, INC.**

Write Review | Upgrade | Claim

Digital Wireless Telecom, Inc. is a Delaware Corporation filed on December 15, 1998. The company's File Number is listed as 2979455.

The Registered Agent on file for this company is Business Filings Incorporated and is located at 108 West 13th St, Wilmington, DE 19801.

Sponsored Links




Company Information

| | |
|---|---|
| Company Name: | DIGITAL WIRELESS TELECOM, INC. |
| File Number: | 2979455 |
| Filing State: | Delaware (DE) |
| Filing Status: | Unknown |
| Filing Date: | December 15, 1998 |
| Company Age: | 21 Years, 3 Months |
| Registered Agent: | Business Filings Incorporated<br>108 West 13th St<br>Wilmington, DE 19801 |
| Business Category: | Telecommunications & Wireless |

Sponsored Links




Company Contacts

This company has not listed any contacts yet.

Sponsored Links

Your CreditSignal® username is: bbbrahim250@yahoo.com

**DIGITAL WIRELESS TELECOM INC**
Dun & Bradstreet D-U-N-S® Number: **191156855**

CreditSignal lets you know whenever there is a request on your company D-U-N-S® Number.* These inquiries are often a good sign because they show that other companies are interested in your business.**

**Companies may request your business credit profile to help:**

- Evaluate your creditworthiness before doing business with you
- Decide how much credit to extend to you and what payment terms to offer
- Compare your business with a competitor when bidding on a contract

Log in now to find out how many inquiries you've had on your business over the past 12 months.

See My Inquiries

**If you have any questions, or want to start impacting your business credit file right away, call one of our Account Managers at 1-844-544-1035 to learn about CreditBuilder™.**

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 04-06-2020

Employer Identification Number:
85-0634012

Form: SS-4

Number of this notice: CP 575 A

BRAHIM BOUMAKH
DIGITAL-UNI
PO BOX 263
MONTEREY, CA 93942

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 85-0634012. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

| | |
|---|---|
| Form 941 | 04/06/2020 |
| Form 940 | 04/06/2020 |

TELECOM ITU — ITU TELECOM WORLD 2009 Geneva 5-9 October

Geneva, 23 July 2009

| | |
|---|---|
| Contact: | Prof. Howard Williams |
| Tel: | +41 22 730 6227 |
| Fax: | +41 22 730 6444 |
| E-Mail: | Howard.Williams@itu.int |

Mr (Fouad) Brahim Boumakh
President & CEO
Nano-Techpower, Inc/digital Wireless Telecom Inc.
5094 Mission Center RoadSuite 502-Mailstop#134
US-San Diego, CA92108
United States

**Subject** ITU TELECOM World 2009, Geneva, Switzerland, 5-9 October 2009

Dear Mr Boumakh,

We know that ICTs can provide an important stimulus to the economy and hence I am very pleased to confirm to you that despite the current financial disturbance ITU TELECOM WORLD 2009 will take place, as scheduled, from 5-9 October 2009 in Geneva. As usual, ITU TELECOM WORLD 2009 will have two major components, the exhibition and the Forum. The overall theme of ITU TELECOM WORLD 2009 is "Open networks, connected minds" and the Forum will develop its arguments around the theme of "ICTs for economic growth and sustainable development". This year we are introducing many changes to the event and, significantly, we have, for the first time, a number of Heads of State joining the event (to date more than 10 have confirmed) and many countries (about 40) are organizing national pavilions.

In view of the important role you have played in the ICT field I am delighted that we are able to offer you a speaking position as a panelist in the Forum on Thursday, 08 October - 14:30 - 16:00. The session is entitled "Device developments". A copy of the session in which you are invited to participate is attached, including the provisional list of your fellow participants and a draft text suggesting some of the key questions the panel will address. An overview of the Forum can be found at http://www.itu.int/WORLD2009/forum/programme.html.

Furthermore, I am pleased to extend to you an invitation to attend the ITU TELECOM WORLD 2009 Opening Ceremony and Official Reception on Monday 5 October 2009 and other activities of the Forum Programme. Further details will be available closer to the event.

As the opportunity to speak at the Forum is very limited I would highly appreciate it if you could confirm to me your acceptance, or regret, at your earliest convenience but by 14th August at the latest. In case you will accept my invitation, you will then receive precise guidelines to enable you to prepare for your participation in the Forum. You will also find details of local hotel accommodation at: http://www.itu.int/WORLD2009/visitor_info/trip_planner.html. I would advise you to reserve your flights and hotel room as soon as possible.

This invitation will give you an opportunity to raise the profile of your organization to a global audience. ITU Telecom WORLD 2009 is an opportunity for your company to promote its visibility through the exhibition or sponsorship. For your information, there are a number of sponsorship opportunities remaining details of which can be seen at http://www.itu.int/WORLD2009/visibility/sponsorship.htm . I encourage you to take this opportunity to raise further the visibility of your company at the Event.

Please feel free to contact Professor Howard Williams (contact details above) for any further information you may need.

I look forward to receiving your positive reply to this invitation at your earliest convenience.

Yours sincerely,

Dr. Hamadoun I. Touré

Enc.

TELECOM ITU TELECOM WORLD 2009 Geneva 5-9 October

## Business models

BUS.4 : Device developments
Thursday, 08 October 2009, 14:30 - 16:00,

Our interaction with advanced networks depends on the devices we use, from large video screens to netbooks and smartphones. Consumers face difficult choices for home and personal devices, not only between brands, but in deciding between classes of device. Enterprise users want longer-lasting devices, with guarantees of service. - How has the global financial crisis affected the adoption of new devices? - Do device manufacturers and service providers compete or collaborate?

**Moderator**
* Mr Dean Bubley, Founder and Director, Disruptive Analysis, United Kingdom

**Panellists**
* Prof. Mike Short, Vice President R&D, Telefonica O2 Europe plc, United Kingdom
* Mr Steve Bell, President, KeySo Global, United States
* Mr Jon S von Tetzchner, CEO , Opera Software , Norway
Mr Alex Jinsung Choi, Vice President, Head of MCTR Lab, LG Electronics, Korea (Rep. of)
Mr (Fouad) Brahim Boumakh, President & CEO, Nano-Techpower, Inc/digital Wireless Telecom Inc., United States
Mr Dan Moloney, President, Motorola'sHome & Networks Mobility Business, United States



NUMBER
01

SHARES

**Nano-TechPower, Inc.**

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE
Authorized To Issue 5,000 Shares Common Stock At $ 0.01 Par Value

This Certifies That ______________________________

*is hereby issued ______________________________ fully paid and non-assessable Shares of the Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.*

In Witness Whereof, *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this ______ day of ______ A.D. ______*

SECRETARY

PRESIDENT

IRS.gov

**EIN Assistant**

Your Progress: 1. Identity 2. Authenticate 3. Addresses 4. Details **5. EIN Confirmation**

**Congratulations! Your EIN has been successfully assigned.**

EIN Assigned: **85-0752379**

Legal Name: **NANO-TECHPOWER**

**IMPORTANT:**

**Save and/or print this page and the confirmation letter below for your permanent records.**

The confirmation letter below is your official IRS notice and contains important information regarding your EIN.

CLICK HERE for Your EIN Confirmation Letter  Help with saving and printing your letter

**Once you have saved or printed your letter**, click "Continue" to get additional information about using your new EIN.  Continue >>

**Help Topics**

What if I do not have access to a printer at this time?

Can I access this letter at a later date?

2. Comworldseries & Media announces GSM>3G Middle East conference will have record attendance.
3. The Middle East market expects a surge in wireless broadband
4. GSM>3G Middle East congress expects strong presence from high-growth markets

» more GSM in the Middle East, Gulf & North Africa news

- United Arab Emirates Dubai: Wednesday, December 17 - 2008 at 09:48

## Mobile broadband to rock the Middle East:

What was evident from the first day's discussion is that mobile broadband is expected to benefit from the same explosive growth that is being enjoyed in the west. Dr. Slim Saidi of Zain Saudi Arabia indicated that there is significant potential for mobile broadband and that it is now just a matter of reaching those subscribers and providing access.

The rallying call was picked up Chief Commercial Officer for Vodafone Partner Markets, who said the way forward is to exploit the potential of the latest internet-capable devices and champion the accessibility of on-portal and third party services.

Vodafone has had the opportunity to learn from the mistakes made in its partner markets, leading the operator to conclude that third party applications do not cannibalise traffic on the network. 'On the contrary they expand it, and there is still room for operators to have portals,' he said.

Tayfun Cataltepe, Chief Corporate Strategy Officer at Turkcell, which recently won Turkey's 3G frequency licence, shared the other operators' enthusiasm for internet mobility, declaring: 'Mobile broadband doesn't mean you have to be a dumb pipe. Mobile broadband is the future of telecoms on the whole, and the term 'broadband' will even fall out of usage as all connectivity will become 'broad'.'

Turkcell revealed that it will launch 3G services in June of 2009, and hinted that it would enable third parties to provided services on the network as a core part of its strategy. 'The classical VAS (value added service) model is based on revenue sharing,' said Cataltepe. 'Those with the most creative services will make the most money, so operators will need to seek a revenue sharing agreement.'

Zain's Saidi agrees noting: 'Access is a commodity now, so people are willing to pay for services they use. When the customers demand services it's up to the operators to deliver.'

Also on the panel was Fouad Brahim Boumakh, President and CEO of Nano-Techpower, a start-up that specialises in using nanotechnology to improve the battery performance of wireless devices, who summed up the sentiment over mobile broadband: 'The name of the broadband game is any application, anywhere, on any device.'

Over 2,000 operators, service providers, vendors, regulators and press gathered at day 1 of GSM>3G Middle East - Towards a Broadband World for the multi-streamed, strategic conference and 130 stand networking exhibition




GSM>3G Middle East congress delegates debate challenges and opportunities ahead for Middle East….

**Congress Delegate Debate to a packed auditorium, Moderator Mark Newman, Chief Research Officer, Informa Telecoms & Media, opened the 13th annual GSM>3G Middle East - Towards a Broadband World congress and exhibition.**




PRESS RELEASE

**related stories** GSM in the Middle East, Gulf & North Africa RSS feed

1. GSM>3G Middle East congress opens to record turnout, high expectations

# Tariff model and algorithm developed by Digital-UNI for the Office of the President-Elect Donald Trump 2.0

Brahim Bb <bbbrahim250@gmail.com>
to 45, lara.trump.official, KHassett

Nov 29, 2024, 6:04 AM

Dear President-Elect Donald Trump:

***Problems Using Average Tariffs as a Measure of Protection***

The first problem with using average tariffs as a measure of protection in a country is that there are several different ways to calculate an average tariff rate, and each method can give a very different impression about the level of protection.

The tariffs in Table 2.1 "Average Tariffs in Selected Countries (2019)" are calculated as a simple average. To calculate this rate, one simply adds up all the tariff rates and divides by the number of import categories. One problem with this method arises if a country has most of its trade in a few categories with zero tariffs but has high tariffs in many categories it would never find advantageous to import. In this case, the average tariff may overstate the degree of protection in the economy.

**Optimal Tariff Strategy Suggestion Trump 2.0 War-Trade 2.0 China, Canada, Mexico, France:**

To balance the impact on the trade deficit, dollar strength, and consumer protection, policymakers could seek an **optimal tariff** value ToptT_{\text{opt}}Topt that maximizes the reduction in the trade deficit while minimizing negative effects on consumer welfare and the strength of the dollar.

Mathematically, we could optimize the tariff based on the following:

$$T_{opt} = \arg\min_{T} \left[ |TD(T)| + \lambda \cdot |P_c(T)| + \mu \cdot |D(T)| \right]$$

Where:

- λ\lambdaλ and μ\muμ are weights representing the importance of consumer protection and dollar strength, respectively, in the overall economic strategy.
- The goal is to minimize the absolute value of the **trade deficit**, **consumer protection loss**, and **dollar strength deterioration**.

**Incorporating Tariffs into GDP and Debt:**

Now, let's modify the equation for **economic health** (EH) and incorporate **GDP** and **debt per citizen** into the analysis. The updated formula for **Economic Health (EH)** can be:

$$EH = \alpha_1 g(T, D) + \alpha_2 h(T, TD) + \alpha_3 j(T) + \alpha_4 GDP(T) - \alpha_5 Debt_{per_citizen}(T)$$

Where:

- **GDP(T)**: This function can be modeled as a combination of domestic production (S) and imports (F), which depend on tariffs.
- **Debt_{per_citizen}(T)**: Debt per citizen is affected by tariffs (through government revenue) and GDP.

**Modeling GDP and Debt Per Citizen:** GDP Function: The GDP will be influenced by both domestic production and imports. For simplicity, we assume that GDP increases with higher domestic production (S) and decreases with higher imports (F).

Debt Per Citizen: The government debt might increase with increased spending or decrease with increased revenue from tariffs. For simplicity, we model it as:

$$Debt_{per_citizen}(T) = \frac{Debt_{total}}{Population} = b_1 T - b_2 GDP(T)$$

**Conclusion:**

In essence Trump 2.0 Tariff strategy should be adjusted periodically(not-fixed) with ups and downs linked to the stock market weighted coefficients-Boumakh's model a Harvard professionally certified- Harvard Law and Economics Department) to reduce the trade deficit requires a delicate balance. While higher tariffs can reduce imports (helping to shrink the trade deficit), they can also harm consumer welfare by increasing prices and weakening the dollar if retaliatory measures are taken. Therefore, the optimal tariff policy should consider not only its immediate impact on the trade deficit but also its broader economic effects on consumer protection and the strength of the dollar, especially in the context of the rapidly evolving AI-driven economy " Industrial Revolution 4.0". suggest




Additionally, I updated the Tariff Trump 2.0 model to include the stock market coefficient. It appears to reach a plateau at different breaking points for each country or block "Brics-European Union Varies on a daily basis-requires more Investigation" that the US cannot exceed without causing a global economic disturbance or a collapse. AI Funds need to be allocated to Digital-UNI to further investigate Canada, BRICS, Europe, Mexico and Algeria as the prime energy exporter to Europe.




Legal Precedent
1-:Volkswagen Emissions Scandal (2015): Volkswagen faced over $20 billion in fines, settlements, and compensations related to its cheating emission business model scandal. While compensatory damages were part of the settlement, the punitive nature of the fines helped to set a precedent for corporate responsibility which we believe applies to this case,
2-J&J Talcum Powder Lawsuits: Johnson & Johnson faced multiple lawsuits regarding its talcum powder products, resulting in multi-billion-dollar settlements and jury awards for punitive damages, setting precedents in cases involving product liability.

# Re: Service Suspension Confirmation

From: info@nano-techpower.com

To: billing-general@yahoo-inc.com

Cc: bbbrahim250@yahoo.com

Date: Thursday, July 23, 2015 at 02:55 AM PDT

hi

I tried to pay with valid credit card with correct address and amount ...but I am receiving errors.....is there a international number so that I can pay by phone, I am in Paris, France right now , and I can not keep the site down for this long....my number +3344002976.

thanks
Brahim Boumakh
--------------------------------------------
On Mon, 7/20/15, Yahoo! Ordering <billing-general@yahoo-inc.com> wrote:

Subject: Service Suspension Confirmation
To: info@nano-techpower.com
Date: Monday, July 20, 2015, 5:50 PM

#yiv0491862630 body
{background-color:#FFFFFF;margin:20px;font-family:Verdana,
Arial, Helvetica, sans-serif;color:#333333;font-size:11px;}

Service Suspension
Confirmation -

Order
Details

Service:
Yahoo Web
Hosting Advanced

(nano-techpower.com)

Status:

Suspended
>
Pay Now

Yahoo!
ID:
nano_techpower

Order
#:
193687571

Order
Date:
02/04/2013

Payment
Method:
VISA
xxxx-3309

Invoice Details

Service Period: 07/04/2015 to 08/03/2015

Total Amount Due: $10.98, for all unpaid invoices.

Dear nano,

Your service is currently past due because we were unable to authorize your payment method VISA xxxx-3309 for this transaction.

To ensure uninterrupted service, please update your payment information by following the steps below:

Click here to go to the "Pay Past Due" page. On this page, you will see the service details and the amount due.

To edit the payment method you are currently using to pay for your service, click "Edit." To switch to a new payment method, select a payment method in your wallet or click the "Add a new payment method" link to add a new payment method. Be sure to click "Pay

## Your digital-university.net - Subscription Suspension Notice

From: Verizon Small Business Essentials (no-reply@services.verizonsmallbusinessessentials.com)

To: bbbrahim250@yahoo.com

Date: Friday, April 8, 2022 at 09:08 AM PDT

Dear BRAHIM,

Your digital-university.net account is past due and has been suspended. Although we have previously sent past-due notices, we have not yet received payment for your account. If you've recently taken action to update your payment information, please disregard this message.

**Amount due**: $157.87 → It was monthly 11.5 $

**Service period**: 03/14/2022 to 03/14/2023

**Login ID associated with this account**: bbbrahim250@yahoo.com

**The name for your account**: digital-university.net

To restore your service, please take a moment to update your payment information:

1. Visit your **Invoices page**.
2. Click the **Invoices Due** tab.
3. Select one or more of the displayed invoices.
4. Click **Pay now**.
5. Use the pop-up window to select a different payment method, update an existing payment method, or add a new payment method.
6. Upon successful payment, you will be taken to the Service Details page. You can verify that payment information has been updated for your service by confirming that the service no longer shows as past due.

Your service will be canceled if we are unable to bill your credit card or PayPal account by **04/13/2022**. If this occurs, you will not be able to access your account and your business listing will be removed from all directories. Please be sure to update your billing information immediately to keep your business listing active.

If the information on file in the billing center is valid, but payment cannot be authorized, you may need to contact your credit card issuer or PayPal to correct the problem.

If you are having problems updating the information as instructed above, please visit our **online help center** or call us at (866) 849-7104. You may also manage your services online at any time from your **My Services page**.

We appreciate your attention to this matter.

Best Regards,

Verizon Small Business Essentials

This is an automated response. Please do not reply to this email.



Verizon
397 W Trimble Road San Jose, CA 95131

**DARNELL GROUP**

**Log In** | **Cart Contents** | **Checkout** |

Increase Text Size | Decrease Text Size

Milliwatts to Megawatts, the World's Power Electronics Information Specialist

**Home** » **Store** » **Market Reports** » **Semiconductors** » **92-4 EH/WW**

ABOUT DARNELL
CONFERENCES
MARKET REPORTS
CONSULTING
NEWS SERVICES
INDUSTRY RESOURCES

## Energy Harvesting, Micro Batteries and Power Managem series: Worldwide Forecasts




**Purchase Now**

**Price: $1,800.**

**Quantity :** 1

Add to Cart

**Date Published :** Monday 08th of October 2007
**Number of Pages :** 40

Table of Contents

List of Exhibits

Executive Summary

Countries Covered

Companies Mentioned

Air Conditioning and Refrigeration Institute Airbus Asia Housing Boeing Chipcon Contin
Automated Buildings Association Cymbet Corp.
Echelon Corp.
Emerson
EnOcean
Euroconstruct
FACE
Fraunhofer Institute
Freescale Semiconductor
Integrated Circuit Designs
International News Briefs
Lighting Control Association
mPhase Technologies
Nano-Techpower
Trademark
National Institute of Standards and Technology Nextreme Security Industry Association
of Industrial and Office Realtors Southern California Edison Sovereign Tracking System
Texas Instruments US Council for Automotive Research US Department of Commerce

5/29/2009




NANO-TECHPOWER, INC.

NANO-TECHPOWER, INC.
PRESS RELEASE, SAN DIEGO CA.

Nano-TechPower, Inc.
Leading by Example Towards a Cleaner Future & Efficient Power.
1XEV-DO/IPTV/Wimax802.16e/3G&4G Broadband Wireless Network Architecture.

**Nano-TechPower, Inc.**
**Legal & Intellectual Property IP Department**

NORTH AMERICA OFFICE:
5694 Mission Center Road
Suite 602-MailStop # 134
San Diego, CA 92108, USA.
Investors@nano-techpower.com

Phone: +1-619-866-3426
Fax: +1-877-352-8709
Investors: +1-412-894-9048
Legal@nano-techpower.com
http://www.nano-techpower.com

Nano-TechPower, Inc. Press Release

## Nano-TechPower Applies for Federal Grant to Construct Advanced Lithium-ion Battery Production Facility with Nano-Doped -Electrodes and advanced electrolyte formulations labs in San Diego, CA

**Nano-TechPower, Inc. Proposed a Pittsburgh manufacturing Plant with Expected Full Operational Capacity by 2014 providing up to 2,500 Jobs**

San Diego, CA, May 29, 2009 – Nano-TechPower, Inc. , a leading U.S.-based nanotechnology star- up company of high tech energy storage solutions, today announced it has submitted a grant application to the U.S. Department of Energy under the Electric Drive Vehicle Battery and Component Manufacturing Initiative. The DOE Loan Program supports the construction of facilities to manufacture advanced battery technology components such as wireless sensors, integrated circuitry, and monitoring and diagnostics integrated compounds coupled with IC's power management for efficient power processing integrated micro-chips for electric vehicles. The company's proposed facility would manufacture 3D nano-particle-doped $LiFePO_4$ cathode material, a facility architecture Design around nonlinear wave solution processing technique technology, spherical nano-probes, high-power density cells and battery packs for electric drive vehicles and other Telecoms, Military, Medical and consumer portable electronics applications. The annual production capacity of the proposed facility is estimated to be 550,000 battery packs/year.

Nano-TechPower, Inc submitted its application requesting $250 million in federal grant funds over a three-year period and plans to fund the remaining 50% of the total project costs) through state and local tax and other incentives.

**Safe Harbor Statement**:

This Press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Actual results may vary substantially from these forward-looking statements as a result of a variety of factors. The application for grant funding under the DOE's Electric Drive Vehicle Battery and Component Manufacturing Initiative may not result in any such loans or grants being granted. SOURCE: Nano-TechPower, Inc.

IR Contact: Investor Relations 412-894-9048;

investors@nano-techpower.com

Left To Europe. European Market up to COVID-19. back To USA