**SAN JOSE, CA:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 12 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**Nano-Techpower, Inc** )
**Digital Wireless Telecom., Inc ,** )
**Digital-UNI** )
)
Plaintiff, )
) Case No.
v. ) C 25 04094 NC
**Turbify (Aabaco Small Business)** )
**Yahoo Small Business a Subsidiary Yahoo** )
**Verizon small Business Essential Subsidy Verizon**)
)
)
Defendant. )
)

---

**APPLICATION TO PROCEED IN FORMA PAUPERIS (Without Prepayment of Fees and Costs)**

**I, Brahim Boumakh,** respectfully request the Court waive filing fees and related costs due to the following reasons:

1. **Financial Hardship:**

   I currently do not have sufficient income or liquid assets to afford court fees. My monthly obligations and existing financial strain prevent me from covering the costs associated with this litigation without sacrificing basic necessities.

2. **Medical and Health Conditions:**

   I am currently experiencing documented health and cognitive impairments, including

memory issues, which limit my ability to work and manage financial responsibilities. These conditions are ongoing and affect my ability to engage in legal proceedings without accommodation and support.

**Nature of the Case:**

I have a case involves a breach of contract for services rendered for Stafford county public school computer Science teacher case# **U.S. District Court**

**Eastern District of Virginia -**

**Notice of Electronic Filing**

The following transaction was entered on 3/24/2025 at 3:33 PM EDT and filed on 3/21/2025

**Case Name:** Boumakh v. Dr. Taylor et al

**Case Number:** 1:25-cv-00104-CMH-IDD

**Filer:** Brahim Boumakh

**Document Number:** 9

including intellectual property development and business advisory contributions, where the opposing party has failed to honor agreements for compensation. My claim seeks justice and restitution for work completed, as well as investment overseas on dispute at ICC international Court (Attached summary -appendices)

3. **Good Faith:**

I am pursuing this case in good faith, and I believe the claims have merit. I am unable to afford representation and am proceeding pro se.

---

**Request for Relief:**

**I respectfully request that the Court:**

- Grant this application to proceed in forma pauperis under 28 U.S.C. § 1915;
- Waive all filing fees, service fees, and related court costs;
- Grant any further relief the Court deems just and appropriate given my condition and financial status.

---

I declare under penalty of perjury that the foregoing is true and correct.

**Date: 04/09/2025**

**Signature:** ______________________

**Printed Name: Brahim Boumakh**