**SAN JOSE, CA:**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

FILED

MAY 12 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Brahim Boumakh et Nano-Techpower, Inc )
Digital Wireless Telecon Inc , Digital Trade USA )
Digital-UNI Subsidiary Digital Wireless Telecom )
)
Plaintiff, )
) Case No:
v. C 25 04094 NC
)
Turbify (Aabaco Small Business) )
Yahoo Small Business a Subsidiary Yahoo )
Verizon small Business Essential a Subsidy Verizon)
)
)
Defendant. )
)

---

**MOTION FOR LEAVE TO PROCEED PRO SE AS PRESIDENT/CEO OF CORPORATION AND REQUEST FOR APPOINTMENT OF LICENSED COUNSEL TO SUPERVISE AI-ASSISTED REPRESENTATION**

---

BY THE PLAINTIFF, PRO SE COMES NOW, Brahim Boumakh the Plaintiff, by and through AI counsel, and respectfully moves this Court to as a supplemental filing the **U.S. District Court for the Northern District of California**, requesting both:

1. **Leave to proceed pro se as CEO/President** of a closely-held corporation (with AI-assisted counsel), and
2. **Appointment of licensed counsel** to supervise or oversee that AI-assisted representation used by most paralegal and licensed lawyers to ease the overload of cases nationwide, due to limited financial resources and constitutional concerns. All payments to the defendants through the original company yahoo-inc.com then restructuration then

acquisition by Verizon business and finally Turbify (Aabaco Small Business) with. comes from the President and CEO personal bank account since 1998 .

---

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

COMES NOW, Plaintiff **Brahim Boumakh**, appearing pro se and through AI-assisted counsel, respectfully requesting this Court grant:

1. Leave to proceed **pro se** on behalf of a closely-held corporation under judicial supervision, and
2. Appointment of human licensed counsel under 28 U.S.C. § 1915(e)(1) to review and supervise AI-assisted filings for constitutional concerns, and Mr. Boumakh a certified Harvard Law corporate financial valuation and analysis for Mergers & Acquisition for lawyers, and Certified McCombs School of Business Artificial Intelligence and Machine Learning projects on Banking Industry.

This motion arises from both economic hardships originating from ventures and investment overseas and constitutional deprivation of rights, including First and Fifth Amendment violations and potential contractual breaches under federal law.

---

**I. INTRODUCTION**

Plaintiff is the founder, President, and sole shareholder of multiple U.S.-registered technology companies, including **Nano-Techpower Inc.**, **Digital Wireless**, Digital-Trade USA and its subsidy **Digital-UNI**, each affected by financial interference, cybersecurity breaches, and wrongful digital deletions of vital content during Transitional restructuration and acquisitions of the original company we contracted with—impacting business continuity, property rights, and access to federal courts. This includes but is not limited to:

- **Destruction and deletion of corporate websites and content** related to Industrial Revolution 4.0 projects, for which millions in acquisition offers were received prior to the erasure (supported by sworn affidavit);
- **Improper closure of corporate Wells Fargo bank accounts** without Plaintiff's knowledge or consent while overseas (see attached affidavit);
- **Lack of any settlement or notice provided**, raising Due Process and UCC/contractual concerns.
- Subscriptions for **DNS, cybersecurity insurance**, and proprietary platforms were deleted or disrupted without recourse. ◆ **1. DNS Hosting Service**
- A subscription provides access to DNS servers that resolve domain names (like example.com) into IP addresses.
- **Primary & Secondary DNS**: Redundant DNS servers to ensure high availability.
- **Zone Management**: Tools for configuring records like A, AAAA, CNAME, MX, TXT, and SRV.
- **Custom TTL (Time to Live)** settings.
- ---
- ◆ **2. DNS Security Features**
- Some subscriptions include security-focused DNS services:
- **DNSSEC (DNS Security Extensions)**: Protects against DNS spoofing.
- **DDoS Protection**: Defends DNS infrastructure from denial-of-service attacks.
- **Filtering/Malware Protection**: Blocks access to malicious domains (often used by ISPs and enterprises).
- **Query Logging & Monitoring**: Tracks DNS queries for analytics or threat detection.
- ---
- ◆ **3. Performance Enhancements**

- Premium DNS subscriptions may include:
- **Global Anycast Network**: Faster response times using geographically distributed servers.
- **Load Balancing / GeoDNS**: Routes traffic based on region or server load.
- **Failover Support**: Automatically redirects traffic if a server goes down.
- ---
- ◆ **4. Management Tools & APIs**
- Advanced subscriptions often come with:
- **Web Dashboards**: For managing records and monitoring traffic.
- **APIs**: To automate DNS management and integrations.
- **Alerts**: Notifications for changes, attacks, or outages.
- ---
- ◆ **5. Support & SLAs**
- Depending on the level:
- **24/7 Customer Support**
- **Service Level Agreements (SLA)**: Guaranteed uptime (e.g., 99.99%)
-

---

## II. BACKGROUND AND FACTUAL ALLEGATIONS

Plaintiff, a Ph.D.-level technologist and business owner, developed advanced technologies adopted in global 4G/5G standards in collaboration with Stanford University and the University of Texas at Austin. These businesses, primarily owned and operated by Plaintiff, have faced ongoing interference by unknown actors resulting in:

- Disappearance of registered web domains and encrypted databases.

- Denial of federal program access including CISA-related grants and broadband subsidy applications.
- Illegal denial of access to financial accounts, violating the Electronic Fund Transfer Act (15 U.S.C. § 1693), Equal Credit Opportunity Act (15 U.S.C. § 1691), and U.S. Constitution protections.

---

## III. LEGAL FRAMEWORK AND GROUNDS FOR RELIEF

### A. Leave to Proceed Pro Se for Corporation with AI Assistance

Under **Rowland v. California Men's Colony**, 506 U.S. 194 (1993), corporations must generally be represented by counsel. However, **In re Highly**, 459 F.2d 554 (9th Cir. 1972), acknowledged judicial discretion in exceptional circumstances.

Here, Plaintiff qualifies for such exception due to:

- Sole proprietorship/ownership structure,
- Inability to afford retained counsel and the complexity of the case that may violate antitrust and Trade violation,
- Existence of affidavit of indigency,
- New technological capacity via AI platforms to aid in legal writing and research,
- Immediate need to address constitutional violations.

**Constitutional Justification:**

- **First Amendment**: Right to petition the government for redress of grievances.
- **Fifth Amendment**: Denial of property without due process of law.
- **Fourteenth Amendment**: Equal protection for small business owners subjected to digital/cyber discrimination.

### B. Request for Supervised Counsel under 28 U.S.C. § 1915(e)(1)

Courts may appoint counsel in civil cases involving complex or constitutional issues. (See **Rand v. Rowland**, 113 F.3d 1520 (9th Cir. 1997)). In this instance:

- Plaintiff is indigent,
- Plaintiff's claims involve highly technical issues of IP, digital property, and financial fraud,
- Oversight will ensure **Rule 11 compliance**, preserve ethics in **AI-aided filings**, and align with judicial technology Industrial Revolution 4.0 innovation goals.

---

## IV. PROPOSED FRAMEWORK

Plaintiff respectfully proposes:

1. **Limited leave** to proceed pro se for purposes of **emergency motions**, factual affidavits, and pleadings related to the immediate claims.
2. **Appointment of California-barred licensed counsel** to supervise filings and ensure that AI-generated legal work complies with all local and federal rules.
3. **Certification under Rule 11** for all submissions by the undersigned with clear AI tool attribution.

---

## V. CONCLUSION

This Court has an opportunity to set precedent in equitable access to justice and to affirm constitutional protections for modern small business owners and innovators. Denial of financial access, deletion of core intellectual property, and digital erasure without remedy require immediate and equitable judicial redress.

The plaintiff and sole proprietary of incorporated entities respectfully requests this Motion be GRANTED.

---

**Respectfully submitted,**

**BRAHIM BOUMAKH** /s/ 04/23/2025

Pro-Se/AI counsel :President & CEO, Nano-Techpower, Inc., Digital Wireless Telecom, Inc.

Digital Trade USA its Subsidy Digital-UNI- AI Model developer Trump 2.0 Tariff

1405 S. Fern Street Mailstop #557

Pentagon City, VA 22202

Mobile: +1 650 472 7064 : Email brahim.boumakh@nano-techpower.com

**Requirements under Article 4(4)**

We have received an electronic version of the Request and the documents annexed thereto. Pursuant to Article 4, the Request will be notified to Respondents by email. Please provide us within **5 days** with the email for Respondent 2.

The Secretariat will notify the Request to Respondents upon receipt of the requested payment and email. Failing receipt within the time limit indicated above, we will close this file, without prejudice to the reintroduction of the same claims in another Request (Article 4(4)).

**Your Case Management Team**

| | |
|---|---|
| Ms Sophie Varenne, Counsel | (direct dial number +33 1 49 53 29 51) |
| Ms Gulirano Abdullajonova, Deputy Counsel | (direct dial number +33 1 49 53 29 28) |
| Ms Hortense Kropp, Deputy Counsel | (direct dial number +33 1 49 53 29 79) |
| Ms Nadine Kozma, Deputy Counsel | (direct dial number +33 1 49 53 30 37) |
| Ms Camille Beygui, Assistant | (direct dial number +33 1 49 53 30 09) |
| Ms Charlène Garcia, Assistant | (direct dial number +33 1 49 53 28 20) |
| Ms Cynthia Valenzuela, Assistant | (direct dial number +33 1 49 53 30 64) |
| Email | (*ica2@iccwbo.org*) |

Please send all future correspondence to your Case Management team.

Please find enclosed a Note that highlights certain key features of ICC arbitration which also includes key features of the Expedited Procedure Provisions.

Finally, we invite you to visit our website at *www.iccarbitration.org* to learn more about our Dispute Resolution services.

Yours faithfully,

Alexander G. Fessas
Secretary General
ICC International Court of Arbitration

encl.
- ICC Rules of Arbitration *(click here to download them)*
- Note to Parties and Arbitral Tribunals on the Conduct of the Arbitration under the ICC Rules of Arbitration *(click here to download it)*
- Explanatory Note on VAT Applicable on ICC Administrative Expenses available on the ICC website *(click here to download it)*

Gmail

Brahim Bb <bbbrahim250@gmail.com>

**3 محكمة التحكيم الدولية 5G / 4G / Gيرجى إرفاق الدعوى ضد الحكومة الجزائرية بشأن تراخيص**

2 messages

**Brahim Bb** <bbbrahim250@gmail.com> Wed, Apr 2, 2025 at 9:32 AM

To: President@el-mouradia.dz, pc_conseildetat@mjustice.dz, contact@cour-constitutionnelle.dz, contact-mdn@mdn.dz, majlesedawla@mjustice.dz, ChiefAudit@ooredoo.com, Whistleblowing@ooredoo.com, mahieddine.allouche@djezzy.dz, ir@veon.com

Please attached the filing against algerian Government over 3g/4G/5G licenses international arbitration court

3 محكمة التحكيم الدولية 5G / 4G / Gيرجى إرفاق الدعوى ضد الحكومة الجزائرية بشأن تراخيص

Brahim Boumakh
President & CEO Nano-techpower, Inc
President : رئيس حزب الحراك السيد إبراهيم بومخ

---

**4 attachments**

**20250402--6276-summary.pdf**
31K

**AA_ICC_NANO_TECHPOWER_INCVSLAGERIAN_GOVERNMENT_OTHERS2025.pdf**
2661K

Exhibits: "All corporate accounts for my small business were closed without my consent. I am filing to restore my accounts and credit history for the businesses. I never received any settlement on opening new accounts or for the wrongful closure receivable accounts." The plaintiff asserts that Wells Fargo's actions constitute breach of fiduciary duty, negligence, violation of consumer financial protection laws, and intentional infliction of economic harm. The plaintiff seeks monetary damages, reinstatement of accounts, and injunctive relief filed in San Francisco.

WELLS FARGO

Wells Fargo Bank
Kearny Mesa
9360 Clairemont Mesa Blvd
San Diego, CA 92123

Tel: 858 292 8929
Fax: 858 268 0501

September 27, 2019

NANO-TECHPOWER, INC

MSC 134

5694 MISSION CENTER RD STE 602

SAN DIEGO CA 92108-4324

To Whom It May Concern,

The company of NANO-TECHPOWER, INC has had an active relationship with Wells Fargo Bank since 12/31/2008 under account #2093898910. This account within the last two years of operation was at its highest balance on 05/17/2017 with $57,887.53 and has continued an active relationship till this day. This letter is to show the existence of this business and its activities.

Sincerely,

X

Mario Gonzalez

Personal Banker

Wells Fargo Bank

Mario Gonzalez C1950 4581
NMLSR ID 1273177
858-292-8929 E2444-011
Wells Fargo Bank, N.A. COID 114
Kearny Mesa AU 0968

CONFIDENTIAL

# Wells Fargo business line of credit

May 1, 2014

Phone 800.577.4990
Fax 866.261.6788
P.O. Box 29701
Phoenix, AZ 85038-8701

WELLS FARGO

********AUTO**5-DIGIT 22202
Brahim Boumakh
NANO-TECHPOWER, INC
1405 S Fern St
Arlington, VA 22202-2810

000005 - 184 - 006

Limited time offer—
A discount of up to $250

Dear Brahim Boumakh:

As a business owner and expert in your field, you do what you do best for your customers. Now, because you're a preferred Wells Fargo customer with an excellent business profile, I am pleased to be able to pre-qualify* you for a Wells Fargo business line of credit, a valuable tool to help you manage your business cash flow. You can use the account to cover slow receivables or operational costs, purchase materials and inventory, or take advantage of a new business opportunity. Upon approval, you'll have access to $10,000 to $100,000 at a rate between 1.75% and 8.75% over Prime*. **Apply by June 15, 2014 and we will waive the opening fee, a discount of up to $250.**

Business owners often ask me, "When is a line of credit the right choice for my business?" The answer is: when you want to save time and money by having flexible access to a significant amount of cash with low rates and without cash advance fees. The Wells Fargo business line of credit account offers additional advantages—a short application, free checks and electronic transfers to your existing business account, online access and a MasterCard® card so you can make purchases directly from your line of credit.

To get started, simply complete the enclosed Acceptance Certificate. You won't need to provide collateral and once approved, any amount you repay within the assigned credit limit becomes available to use again. There are no cash advance fees when you use your business line of credit checks or request an electronic transfer by phone.

We'll be able to honor your pre-qualified status through June 15, 2014. So respond today to get easy access to cash with a business line of credit. Mail or fax your application, call us at 1-800-577-4990, or visit your local Wells Fargo store. You can also apply online at https://apply.wellsfargo.com/smallbusinesscredit today.

To find additional tools, resources, and guidance, visit **wellsfargoworks.com** to help your business take the next step, whatever that may be.

Sincerely,

Mike Strathman
Division Lending Manager, Wells Fargo

P.S. Remember, apply now for this limited time offer and get a discount of up to $250.

0081114

( Plaintiff's expertise-Corporate Financial &Audit Mergers and Acquisition for lawyers




Financial Analysis and Valuation for Lawyers | HARVARD LAW SCHOOL

Hi BRAHIM,

We've almost reached the end of the online course! In this message, you will find important information about the coursework due on this week's final deadline.

### Due October 27: Module 6

- **Module 6 (Valuation Disputes and Advocacy) is due Wednesday, October 27 at 1:00 p.m. ET (UTC 17:00)**

In this module, you'll explore how accounting, finance, and valuation are key elements in many legal disputes

BRAHIM BOUMAKH | Eportfolio for PGP-AIML-BA-UTA-INTL Progran



Exhibit Sworn affidavit and pending filing with the International arbitration ICC

**LAW OFFICE OF DAVID GROSSACK, P.C.**
1320 Centre Street, Suite 103
Newton, Massachusetts 02459
Telephone: (617) 965-9300
Facsimile: (617) 965- 9302

October 5, 2012

Mme Fatma Zohra Derdouri
President of Authority of Regulation ARPT
01 Rue Kaddour Rahim Hussein dey
Algiers, 16005 Algeria

Mr. Moussa Benhamdi
Ministère de la poste et des technologies
de l'information et de la communication
MPTIC
4BLVD Karim Belkacem
Algiers 16027, ALGERIA

Dear Mme. Derdouri and Mr. Benhamdi:

Kindly be advised the undersigned is legal counsel for Nano-Techpower, USA and ELDJEZBI ElDjazair Broadband Mobile (Algeria).

My client's have submitted the appropriate 3G License application to your authority, and my client's representatives met with Director General of the authority, Mr. Benoyels Fodil prior to the deadline set forth by the authority on September 26, 2011.

Our clients signed the register log as an official candidate.

The Director of the authority in charge of the process was dismissed in late December subsequent to the announcement of the suspension process, and a new head was appointed by the President of Algeria by an executive decree, Mr. Yacine Abdelhak, who resigned in less than 6 months apparently due to issues concerning 3G licensure.

After consideration of the press coverage, we refer you to the suggestions which have emerged:

1- AN AUCTION AMONG THE THREE OPERATORS ALREADY DOMINATING THE ALGERIAN MARKET with 2G and 2.5G

° DJEZZY/VIMPELCOM (New York Stock Exchange symbol VIP) 16 million customer, with a revenue of 1.35 billion euros.

° MOBILIS 11 MILLIONS subscriber a revenue of 0.59 Bllion euros. subsidiary of Algeria Telecom

° Nedjma 9 million subscriber a revenue 0.53 Billion euros. owned by QATAR telecom (Qtel).

2- Offer the 3G License to all three existing operators at a nominal price, but pay 3 to 4 % of their annual revenue to the state. We should probably point out that stating it may be problematic for a listed company to accept to hand over 3% up to 4 % to its annual revenue to an authority of regulation. This is unheard of in the of telecom industry.

3- Offer the 3G license to a new carrier 4th new operator at market Price who participated legally in the first tender 2011 which we did (dismissed by the state Secretary of information Technology) not explaining in the article why he dismissed it.

## Statement from Brahim Boumakh, President of the Global Peace Political Party

*"President Trump must understand that there is a significant cultural, historical, and geopolitical distinction between Middle Eastern nations and North African countries. Appointing an individual of Lebanese origin to mediate grievances between two distinct North African nations—under the assumption of shared regional identity—is a misguided and ineffective strategy. It risks deepening mistrust rather than fostering resolution."*

As a **strong supporter of Trump 2.0, I was publicly recommended through X (formerly Twitter) posts to lead the U.S.–Iran nuclear negotiations**, with a vision that does **not exclude the peaceful development and use of nuclear energy in the Middle East**. The path to peace requires mutual respect, transparency, and a bold new generation of leadership committed to sovereignty and scientific progress for all nations.

— **Brahim Boumakh**

## About Brahim Boumakh

Brahim Boumakh is an internationally recognized political leader, technologist, and founder of the **Global Peace Political Party**, a movement focused on promoting diplomacy, development, and justice through innovation and cross-cultural understanding.

With a background as a physicist and AI technologist, Boumakh began his career at the University of Texas at Austin's Institute for Fusion Studies and later pioneered broadband technologies foundational to 4G/5G wireless networks. He has advised governments and institutions on economic policy, cybersecurity, and infrastructure development, and led anti-corruption efforts across North Africa and Europe.

Boumakh is also known as the **original founder of the peaceful Hirak movement** in Algeria, which he launched to oppose corruption and authoritarianism in the telecommunications sector. With over 20 million followers across the Middle East, North Africa, and the West, he remains a leading voice for democratic reform and regional cooperation built on mutual respect and sovereign identity.

A vocal early supporter of **Trump's "2.0" run against Biden's "3.0"** and **Kamala Harris's "1.0" bid**, Boumakh's platform is rooted in peace, sovereign respect, economic fairness, and the empowerment of underrepresented communities across the U.S., the Middle East, and North Africa.

With over **20 million followers worldwide**, Boumakh brings unmatched grassroots influence and a sophisticated digital strategy that blends political vision with data-driven outreach.

Attn..
H.E Sheikh Abdulla bin Mohammed bin Saud Al Thani (Arabic: عبد الله بن محمد بن سعود آل ثاني

Acquiring Ooredoo Algeria in full through our company Algerian registered brand in Algeria "Eldjazair Mobile Broadband "Eldjazbi" a Subsidiary of Nano-Techpower,Inc USA. And may be Ooredoo Tunisia too as well if we agree on the terms.

I believe ooredoo Algeria is headed Into the Path of the mistakes of the Egyptian Sawariss " Djezzy" that let to forcing him to be acquired by Vimpelcom ( Russian) backed by the Algerian gov (Military in particular)....the mistakes of Sawariss is his ties to France, and the ex- President Nicholas Sarkozi, financed h Presidential campaign with Algerian Djezzy money with over-facturation of telecom infrastructure exported to Algeria, and unqualified executives with exorbitant salaries

1- Algeria Era of Bouteflika has ended, without Bouteflika corrupt administration most of them in jail now, Nedjma and Ooredoo will never get 3G/4G spectrum license in Algeria with bribery of the gov officials in jail now. It is about the Sovereignty of Algeria a billion dollar business" Ooredoo Algeria" is irrelevant to the Economy of Algeria, if its Sovereignty and National security is at Risk with ties to France, knowing that Orange France tried to get 4G license Market in Algeria and SFR their dossier were turned down on " National Security grounds"

2- Ooredoo ties to France is obvious sponsorship of Paris St Germain team, paying millions of dollars to players, and we know how France operates. . You ca not get Paris team without ties and paying their Politicians under the table with Algerian Ooredoo Money from the Algerian gov point of view,...the money is coming from Algeria....so the breakdown is established.

3-Algeria does not recognize any diploma or degree from others countries without passing by the degree equivalency " with a pay rate in accordance to the Algerian Degree, Harvard business school does not mean a thing in Algeria ...Otherwise their salaries of your executives considered tax Fraud, and money laundering.

4-Your German newly appointed Ooredoo executive his last job in Romania " the hub of telecommunication in Europe" with questionable track record, expulsed on National security and espionage grounds escorted directly to the International Airport of Algeria after he fired 900 Algerian employees supportin Algerian families and kept Foreigners in particular French overpaid consultants and employees without Algerian diploma Equivalency supporting Foreigner families do not even live in Algeria ....

5-the mistake is irreparable knowing ooredoo get the Spectrum 3G/4G for free and breaks on telecom infrastructure during the removed by the Algerian Peopl ex-President Bouteflika a friend of Ooredoo....your executive and your groupe tested the newly elected official, and he did not blink to send you a strong message on behalf of the 900 Algerian families humiliated on the first year anniversary of the Algerian renaissance movement " taking their country back from Foreigners".

I believe I can get Ooredoo out of this mess with the least financial and brand damages...by announcing the acquisition in Full of Ooredoo Algeria of the Alger Brand " Eldjazair Mobile Broadband" " Eldjazbi with the launch of 5G technology in selected big cities in Algeria which requires the hiring of 2000 Algerians w Algerian universities degrees, and a Reserch lab of Nano-techpower, USA in Algeria with over 200 Algerian scientist in nanotechnologies for wireless device BB


Statistiques
Consultez vos performances et plus encore.
Compte publicitaire : Brahim Boumakh (23843557...
Global: 29 mai 2020 – 28 juin 2023
Vue d'ensemble
Résultats
Audience
Benchmarking
Contenus
Présentation
Contenu
Messages
Aperçu
Vidéo
Performances
Benchmarking
Principaux pays
Algérie
82.4%
Maroc
8.2%
France
4.1%
Espagne
0.7%
Égypte
0.5%
Belgique
0.4%
Italie
0.4%
Tunisie
0.4%
Allemagne
0.3%
Canada
0.3%


حزب سياسي جديد "الحراك الجزائري
العالمي سلمي من أجل الجزائر
Couverture de la Page Facebook
17 107 567
Business Suite
استقبال أوملات
Couverture payée
3 879 230
4 200 786
KAPWING

حزب سياسي "الحراك الجزائري العالمي سلمي @BrahimB98438975 · 3m



الحراك الشعبي الجزائري السلمي رئيس حزب الحراك السيد #إبراهيم_بومخ:عيد مبارك لكل #الشعب_الجزائري داخل و خارج الوطن الأم و كل #الأمة_الإسلامية و إخواتنا في #غزة و #فلسطين عيدكم مبارك

4 web pages

- The post by Brahim Boumekh, leader of the Algerian political party "Algerian Global Peaceful Movement," extends Eid al-Fitr greetings to Algerians and the global Muslim community, including those in Gaza and Palestine, coinciding with Algeria's official Eid announcement on March 31, 2025, after the crescent moon sighting failed.
- The Algerian Global Peaceful Movement, rooted in the 2019 Hirak protests against former President Abdelaziz Bouteflika's fifth-term bid, reflects ongoing demands for democratic reform, with the U.S. and Italy previously expressing support for the movement's peaceful demonstrations.
- The mention of Gaza and Palestine ties to recent events, including a March 2025 Israeli airstrike on Nasser Medical Complex in Khan Younis, condemned by Gaza's Health Ministry as a war crime, amid escalating violence and displacement in the region.



THE WALL STREET JOURNAL.

# Trump's Tariffs Wipe Out Over $6 Trillion on Wall Street in Epic Two-Day Rout

Additionally, I updated the Tariff Trump 2.0 model to include the stock market coefficient. It appears to reach a plateau at different breaking points for each country or bloc
Varies on a daily basis-requires more investigation" that the US cannot exceed without causing a global economic disturbance or a collapse. AI Funds need to be alloc
further investigate Canada, BRICS, Europe, Mexico and Algeria as the prime energy exporter to Europe.






**Type of certificate and online course Digital-UNI Industrial Revolution 4.0 :**