United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL-UNI, et al.,<br>Plaintiffs,<br>v.<br>TURBIFY, et al.,<br>Defendants. | Case No.25-cv-04094-PCP<br><br>**JUDGMENT**<br>Re: Dkt. No. 15 |

On September 22, 2025, the Court dismissed this case for failure to prosecute and comply with a court order. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Turbify, Yahoo Small Business, and Verizon Web Hosting and against Digital-UNI, Nano-TechPower, Inc., Digital Wireless, and Brahim Boumakh. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 22, 2025

P. CASEY PITTS
United States District Judge